**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 19, 2025 |
| TIME: | 3:00 P.M. |
| DOCKET NUMBER(S): | CV-24-7442 (ST) |
| NAME OF CASE(S): | Carvajal et al v. Massimos Contracting Corp. et al. |
| FOR PLAINTIFF(S): | Miller, Fujita |
| FOR DEFENDANT(S): | Malley, Parshhueram |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Initial Conference:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 2/25/25;

Completion of Phase I discovery - 4/16/25;

Deadline for motions to join new parties or amend pleadings - 5/23/25;

First requests for production of documents and interrogatories due by - 6/6/25;

All fact discovery to be completed by 9/26/25;

All discovery completed by - 11/17/25;

Final date to take first step in dispositive motion practice - 12/17/25.

Parties shall file a joint status report by May 23, 2025 and advise the Court if mediation or a settlement conference would be productive.