# TAKEROOT JUSTICE

May 23, 2025

VIA ECF
Honorable Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 325 North
Brooklyn, New York 11201

    Re:    *Carvajal et. al. v. Massimos Contracting Corp. et. al.*,
            24-cv-07442-SJB-ST

## JOINT STATUS LETTER

Dear Judge Tiscione,

    We write jointly as counsel to the Plaintiffs and Defendants in the above referenced matter to submit this status update.

    Plaintiffs are seeking permission to file a First Amended Complaint to add certain allegations that have come to light since the initial filing and to correct the naming of the general contractor Defendant. All Defendants have consented to the amended filing, as per Federal Rule of Civil Procedure 15(a)(2) and a stipulation and proposed order are being filed today.

    Due to the amended pleadings, the parties respectfully request that discovery deadlines be extended to accommodate the new timeline and Defendants' time to respond.

    Since our phone conference on February 20, 2025, the parties have completed Phase 1 discovery and begun settlement discussions. Defendants Massimos Contracting Corp. and Massimo "Max" Maffei raised the possibility of asserting their inability to pay the amount of money Plaintiffs' are seeking to settle the case. Counsel for the Plaintiffs and the Massimo Defendants are in discussion regarding the Massimo Defendants' potential disclosure of relevant financial records as Plaintiffs feel they would aid negotiations.

    Finally, the parties have agreed to request referral to the mediation program of the Eastern District at this time.

        Respectfully submitted,

        */s/ Linden Miller*
        */s/ Naoki Fujita*
        Linden Miller, Esq.
        Naoki Fujita, Esq.

123 William Street, #401 / 4th floor
New York, NY 10038
T: 212-810-6744
Law, research, and policy for organizing.

**TAKEROOTJUSTICE.ORG**



                                                          123 William St. Suite 401
New York, NY 10038
lmiller@takerootjustice.org
nfujita@takerootjustice.org
Telephone: (908) 251-9748

*Attorneys for Plaintiffs*

Cc: All Counsel of Record, via ECF

